AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia  ▼

| | |
|---|---|
| LEGAL EAGLE, LLC <br> *Plaintiff* | ) <br> ) |
| v. | ) |
| DEPARTMENT OF JUSTICE <br> *Defendant* | ) <br> ) <br> ) |

Case No.    1:24-cv-03316

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  LEGAL EAGLE, LLC                                                                                                      .

Date:     11/22/2024

/s/ Devin Stone
*Attorney's signature*

Devin Stone D.C. Bar #1022055
*Printed name and bar number*
Eagle Team, LLP
1050 Connecticut Avenue, NW
Suite 5038
Washington, DC 20036

*Address*

devin@EagleTeam.law
*E-mail address*

(833) 369-2473
*Telephone number*

(240) 681-2189
*FAX number*