# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendant Department of Justice, as well as the U.S. Attorney for the District of Columbia and the U.S. Attorney General.

Plaintiff provides the attached document as evidence regarding service of the Department of Justice and U.S. Attorney General. Plaintiff served the U.S. Attorney for the District of Columbia by email on 25 November 2024. Service was accordingly effected on 2 December 2024 pursuant to Federal Rule of Civil Procedure 12(a)(2).

Date:   December 3, 2024

                                                            Respectfully submitted,

                                                             /s/ Kelly B. McClanahan
                                                            Kelly B. McClanahan, Esq.
                                                            D.C. Bar #984704
                                                            National Security Counselors
                                                            4702 Levada Terrace
                                                            Rockville, MD 20853
                                                            301-728-5908
                                                            240-681-2189 fax
                                                            Kel@NationalSecurityLaw.org
                                                            *Counsel for Plaintiff*

USPS.com® - USPS Tracking® Results     https://tools.usps.com/go/TrackConfirmAction!input.action?tLabels=4...

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS T…**

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 4202053095071066599144330481401

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:48 am on December 2, 2024 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 2, 2024, 5:48 am

Feedback

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
December 1, 2024, 9:30 am

**Arrived at Hub**
WASHINGTON, DC 20018
December 1, 2024, 8:17 am

**In Transit to Next Facility**
November 30, 2024

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
November 26, 2024, 8:04 am

**USPS electronic receipt of item for mailing**

SILVER SPRING, MD 20906
November 25, 2024, 5:10 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs