CO-386
10/2018

# United States District Court
# For the District of Columbia

Legal Eagle, LLC )
)
)
)
)
vs        Plaintiff  )    Civil Action No. __1:24-cv-03316_____
)
DOJ )
)
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Legal Eagle, LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Legal Eagle, LLC_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

984704
_____
BAR IDENTIFICATION NO.

Kelly McClanahan
_____
Print Name

4702 Levada Terrace
_____
Address

Rockville        MD        20853
_____
City        State        Zip Code

301-728-5908
_____
Phone Number