UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEGAL EAGLE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 24-3316 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for a 14-day extension, to and including, January 10, 2025, to answer or otherwise respond to the Amended Complaint in this action under the Freedom of Information Act ("FOIA").   As grounds for the requested extension, Defendant states as follows.

1.      This action was filed on November 22, 2024 and, according to the docket, the deadline for Defendant to answer or otherwise respond to the original Complaint is December 26, 2024 (the date on the docket, December 25, 2024, is a federal holiday).   Plaintiff filed an "Amended" Complaint on December 10, 2024, which is more than 14 days prior to the existing response deadline.   Accordingly, December 26, 2024 remains the applicable response deadline. *See* FRCP 15(a)(3).   Defendant requests an extension of that deadline to January 10, 2025. There is good cause for the requested extension.

3.      Undersigned counsel for Defendant recently has had numerous significant filing deadlines in other matters, including a reply in support of a motion to dismiss in *SGCI Holdings v. FCC*, Case No. 24-1204 (D.D.C.) filed on December 10, 2024, and a summary judgment motion

in *Center for Water Security and Cooperation v. EPA*, Case No. 23-2529 (D.D.C.) filed on

December 13, 2024.    Undersigned counsel also has been preparing a dispositive motion in another

matter for filing on December 20, 2024.    As a result of these deadlines, and numerous other

deadlines in a large docket of cases, undersigned counsel requires additional time to review the

Amended Complaint and confer with agency counsel to prepare a response.    The requested

extension also takes into account scheduled leave for the week of December 23, 2024, and possibly

into part of the following week.    Accordingly, Defendant requests an extension of its response

deadline to January 10, 2025.

4.    Pursuant to Local Rule 7(m), undersigned counsel for Defendant has conferred by

email with counsel for Plaintiff as to the relief requested in this motion.    Counsel for Plaintiff has

advised that he does not oppose the extension request.

5.    This is the first request for extension by the Defendant in this action.    No existing

court deadlines will be impacted by this extension request other than the existing deadline to

respond to the Amended Complaint.

6.    A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528

2

Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*