UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 24-3316 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for extension of time to answer or otherwise respond to Amended Complaint, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendant to answer or otherwise respond to the Amended Complaint is extended to, and including, January 10, 2025.

SO ORDERED:

_____                                  _____
Date                                                                             United States District Judge