UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEGAL EAGLE, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-3316 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for an additional 7-day extension, to and including, January 17, 2025, to answer or otherwise respond to the Amended Complaint in this action under the Freedom of Information Act ("FOIA"). As grounds for the requested extension, Defendant states as follows.

1. This action was filed on November 22, 2024, Plaintiff filed an "Amended" Complaint on December 10, 2024, and Defendant's response deadline was December 26, 2024. *See* FRCP 15(a)(3). On December 20, 2024, Defendant requested an extension of that deadline to January 10, 2025, which the Court granted by order dated December 23, 2024. There is good cause for the requested further extension.

2. Defendant requests an additional seven-day extension to account for disruptions caused by the weather event earlier this week. The requested extension also takes into account the closure of federal offices on January 9, 2025, in commemoration of former President Carter. For these reasons, and due to numerous deadlines in a large docket of cases, undersigned counsel

requires additional time to review the Amended Complaint and confer with agency counsel to prepare a response. Accordingly, Defendant requests a further extension of its response deadline to January 17, 2025.

4. Pursuant to Local Rule 7(m), undersigned counsel for Defendant has conferred by email with counsel for Plaintiff as to the relief requested in this motion. Counsel for Plaintiff has advised that he consents to the extension request.

5. This is the second request for extension by the Defendant in this action. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to the Amended Complaint.

6. A proposed order is attached.

                Respectfully submitted,

                MATTHEW M. GRAVES, D.C. BAR #481052
                United States Attorney

                BRIAN P. HUDAK
                Chief, Civil Division

                By: _____/s/_____
                JEREMY S. SIMON, D.C. BAR #447956
                Assistant United States Attorney
                601 D. Street, N.W.
                Washington, D.C. 20530
                (202) 252-2528
                Jeremy.Simon@usdoj.gov

                *Attorneys for the United States of America*