UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 24-3316 (CRC)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>Defendant. )<br>) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for extension of time to answer or otherwise respond to Amended Complaint, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendant to answer or otherwise respond to the Amended Complaint is extended to, and including, January 17, 2025.

SO ORDERED:

_____        _____
Date                                                  United States District Judge