UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-3316 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss or for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ODERED that this action is DISMISSED.

SO ORDERED:

_____                                  _____
Date                                                                          United States District Judge