UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| DEPARTMENT OF JUSTICE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff to respectfully request an enlargement of its deadline to file its Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment. This brief is due today, 31 January. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. On 17 January 2025, Defendant filed its dispositive motion. Plaintiff will file a motion today for leave to file an amended complaint and a separate motion to stay the briefing of Defendant's dispositive motion until the motion for leave has been adjudicated. Defendant's counsel has stated an intention to oppose both motions. However, in the interest of judicial economy and after consulting with Defendant's counsel, Plaintiff now files this consent motion to extend the deadline to respond to Defendant's dispositive motion until five days after the Court adjudicates the stay motion (if it denies that motion). The undersigned requests this extension due to a combination of professional and personal issues which have interfered with his ability to file the intended motions this week, including the need to draft a motion for a temporary restraining order in a matter about which he

was not even aware prior to this week, the need to accompany a client to meetings with Congressional staff on a matter of urgent concern, and a family medical issue.

This is the first extension requested for this filing. A proposed Order accompanies this Motion.

Date:   January 31, 2025

                                               Respectfully submitted,

                                               /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*