UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO STAY BRIEFING OF DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff Legal Eagle, LLC ("Legal Eagle") to respectfully request a stay of the briefing of Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment until the Court adjudicates Plaintiff's motion for leave to file a second amended complaint, which was filed contemporaneously with this Motion. Defendant Department of Justice ("DOJ") opposes this Motion.

Legal Eagle has good cause to request this extension. On 17 January 2025, DOJ filed its dispositive motion, arguing that the case should be dismissed for various reasons. Contemporaneously with this Motion, Legal Eagle asked the Court to accept an amended complaint which addressed virtually all of DOJ's concerns. If the Court grants Legal Eagle's motion to amend, the vast majority of the arguments in DOJ's dispositive motion will become moot. It would therefore be wasteful to require the parties to fully brief a dispositive motion based almost entirely on facts which are no longer relevant while simultaneously considering a motion to amend which purports to cure many of the perceived infirmities of the previous complaint, regardless of whether they are actually probative. It is therefore in the interest of

judicial economy for the Court to adjudicate Legal Eagle's motion to amend before requiring the parties to engage in a lengthy argument regarding facts which have been overtaken by events.

A proposed Order accompanies this Motion.

Date:   January 31, 2025

                                                                                           Respectfully submitted,

                                                                                           /s/ Kelly B. McClanahan
                                                                                         Kelly B. McClanahan, Esq.
                                                                                         D.C. Bar #984704
                                                                                         National Security Counselors
                                                                                         1451 Rockville Pike
                                                                                         Suite 250
                                                                                         Rockville, MD  20852
                                                                                         501-301-4672
                                                                                         240-681-2189 fax
                                                                                         Kel@NationalSecurityLaw.org

                                                                                         *Counsel for Plaintiff*