**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:24-cv-03316 (CRC) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Plaintiff's Motion to Stay Briefing of Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Christopher R. Cooper
United States District Judge