**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:24-cv-03316 (CRC) |
| | * |
| DEPARTMENT OF JUSTICE, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Second Amended Complaint, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Defendant's Motion is **GRANTED**;

**FURTHER ORDERED** that Defendant shall immediately begin processing the second volume of the final Special Counsel report for release;

**FURTHER ORDERED** that Defendant shall issue a determination regarding Plaintiff's request for expedited processing no later than March 28, 2025; and

**FURTHER ORDERED** that Defendant shall issue a determination regarding Plaintiff's request for classification as a representative of the news media and request for a public interest fee waiver prior to filing its Answer or otherwise responding to the Second Amended Complaint.

_____
Christopher R. Cooper
United States District Judge