UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 24-3316 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time to answer or otherwise respond to Second Amended Complaint, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendant to answer or otherwise respond to the Second Amended Complaint is extended to, and including, June 11, 2025.

SO ORDERED:


_____          _____
Date                          United States District Judge