| | |
|---|---|
| **From:** | Simon, Jeremy (USADC) |
| **To:** | Kel McClanahan, Esq. |
| **Cc:** | "Devin Stone" |
| **Subject:** | RE: [EXTERNAL] RE: Legal Eagle v. DOJ |
| **Date:** | Friday, January 17, 2025 4:11:39 PM |

Kel,

This will respond to your email below, and also your email from January 8 related to the FBI request (i.e., seeking an update on the media category status and fee waiver issue). As to the latter, FBI issued a letter dated January 16, 2025, granting media category status and waiving fees. It is my understand that that letter was sent by federal express yesterday and should be delivered to you shortly, if it has not been already.

As to your email below, and as will be addressed more fully in Defendant's motion to dismiss to be filed today, the OIP request is not properly before the Court. Consequently, any narrowing of the request should occur through the administrative process, in which you can make a new, narrowed FOIA request and avail yourself of OIP's FOIA Public Liaison for any questions about making that request. I note that OIP's December 4, 2024 final determination had advised the same, specifically, that "[i]f you would like to reframe your request to seek a specific topic of interest, a more tailored timeframe, or another reformulation, please contact this Office."

Please let me know if you have any questions.

Thanks.

Jeremy

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Friday, January 10, 2025 10:55 PM
**To:** Simon, Jeremy (USADC) <JSimon@usa.doj.gov>
**Cc:** 'Devin Stone' <devin@eagleteam.law>
**Subject:** RE: [EXTERNAL] RE: Legal Eagle v. DOJ

In an attempt to resolve the matter of the OIP request without further briefing, we are willing to limit the scope of the non-email portion of the OIP request to the following records (some records may fit within several categories):

1. Unredacted volumes of the final report;
2. All records explicitly cited in the final report;
3. All records exchanged between the SCO and any Congressional office;
4. All records exchanged between the SCO and the National Archives and Records Administration;
5. All records exchanged between the SCO and the White House;
6. All records exchanged between the SCO and the office of Special Counsel Robert Hur;

7. All records exchanged between the SCO and DOJ personnel involved in the investigation regarding former Vice-President Mike Pence's retention of classified records;
8. All records exchanged between the SCO and Special Master Raymond Dearie;
9. All records provided to a federal court; and
10. All deposition transcripts and recordings; and
11. All witness statements.

The same provisions for what may be excluded listed in the original request and subsequent correspondence still apply.

We are also willing, as previously stated, to discuss limiting the scope of the email request, but we will need more information about the relevant employees in order to limit the scope of that request.

If OIP agrees to this proposal, we will not file the motion to compel a meet and confer. Please provide OIP's response by 17 January.

---

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Simon, Jeremy (USADC) <Jeremy.Simon@usdoj.gov>
**Sent:** Wednesday, January 8, 2025 5:33 PM
**To:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Subject:** RE: [EXTERNAL] RE: Legal Eagle v. DOJ