UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 24-3316 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss in part or for summary judgment in part, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ODERED that counts one and two of the Second Amended Complaint are DISMISSED.

SO ORDERED:

_____              _____
Date                                                              United States District Judge