UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT IN PART**

NOW COMES Plaintiff to respectfully request an enlargement of its deadline to file its Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment. This brief is due today, 25 June. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. On 5 June, the undersigned began representing a whistleblower who was slated to testify before the Senate Veterans Affairs Committee today. Preparing this new client for such testimony and coordinating with the various Senate staffers required a significant amount of time and labor, especially over the last week, which did not leave sufficient time to file a brief on the same date as the testimony.

The undersigned apologizes to the Court for the lateness of this Motion. In the run-up to the hearing, modifying this briefing schedule fell between the cracks.

Defendant consents to this Motion and requests that the Court set 5 August as its Reply deadline, to which Plaintiff consents. This is the first extension requested for this filing. A proposed Order accompanies this Motion.

Date:   June 25, 2025

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2