**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:24-cv-03316 (CRC) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File Its Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment in Part, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Christopher R. Cooper
United States District Judge