UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO <u>DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT IN PART</u>**

NOW COMES Plaintiff to respectfully request a brief further enlargement of its deadline to file its Opposition to Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment. This brief is due today, 22 July. Defendant consents to this Motion.

Plaintiff has good cause to request this extension. This past weekend, the undersigned was required to shift his focus to the filing of two motions—one in the Fifth Circuit and one in another court in this District—which were not anticipated at the time the current schedule was set. He anticipated still being able to file this brief on time until yesterday, when he was forced to address an urgent matter involving a new client. He accordingly only asks for a brief three-day extension of this deadline.

Defendant consents to this Motion and requests that the Court set 12 August as its Reply deadline, to which Plaintiff consents. This is the second extension requested for this filing. A proposed Order accompanies this Motion.

Date:   July 22, 2025

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              1451 Rockville Pike
                                              Suite 250
                                              Rockville, MD  20852
                                              501-301-4672
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for Plaintiff*