# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## ERRATA

Plaintiff's extension motion, Dkt. #19, mistakenly identified Defendant's preferred Reply date as 12 August. Defendant requested—with Plaintiff's consent—that its Reply be due on 15 August. The undersigned apologizes for the error.

Date:   July 22, 2025

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan  
                                                Kelly B. McClanahan, Esq.  
                                                D.C. Bar #984704  
                                                National Security Counselors  
                                                1451 Rockville Pike  
                                                Suite 250  
                                                Rockville, MD  20852  
                                                501-301-4672  
                                                240-681-2189 fax  
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for Plaintiff*