**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEGAL EAGLE, LLC,               *

                                  *

    Plaintiff,                *

                                    *

    v.                       *      Civil Action No. 1:24-cv-03316 (CRC)

                                    *

DEPARTMENT OF JUSTICE,      *

                                    *

    Defendant.            *

                                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

UPON CONSIDERATION OF Defendant's Motion to Dismiss in Part or, Alternatively,

for Summary Judgment in Part, any Opposition thereto, and the entire record herein, it is this

_____ day of _____, 2025,

    **ORDERED** that Defendant's Motion is **DENIED**.


                                   _____

                                   Christopher R. Cooper
                                   United States District Judge