UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEGAL EAGLE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 24-3316 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF DISPOSITIVE MOTION**

　　Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendant, by and through undersigned counsel, moves the Court for a 7-day extension, to and including, August 22, 2025, to file its reply in support of the pending dispositive motion in this action under the Freedom of Information Act ("FOIA"). As grounds for the requested extension, Defendant states as follows.

　　1.　Defendant filed a renewed dispositive motion on June 11, 2025 (ECF No. 17) and, following two extensions, Plaintiff filed its opposition on July 25, 2025. Under the current briefing schedule, Defendant's reply is due August 15, 2025. *See* Minute Order dated July 23, 2025. Defendant requests an extension of that deadline to August 22, 2025. There is good cause for the requested extension.

　　2.　Since the filing of Plaintiff's opposition, undersigned counsel for Defendant has had numerous filing deadlines in a large docket of cases, including a dispositive motion filed on July 31, 2025, a summary affirmance reply in the D.C. Circuit filed on August 8, 2025, a dispositive motion and a reply due in other district court matters on August 13, 2025, and a mediation scheduled for August 18, 2025. For these reasons, undersigned counsel requires

additional time to review Plaintiff's opposition and confer with agency counsel to prepare a response. Accordingly, Defendant requests an extension of its reply deadline to August 22, 2025.

3. Pursuant to Local Rule 7(m), undersigned counsel for Defendant has conferred by email with counsel for Plaintiff as to the relief requested in this motion. Counsel for Plaintiff has advised that he consents to the extension request.

4. A proposed order is attached.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

        By: */s/ Jeremy S. Simon*
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        601 D. Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528
        Jeremy.Simon@usdoj.gov

        *Attorneys for the United States of America*