UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     Civil Action No. 24-3316 (CRC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for extension of time to file reply in support of dispositive motion, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendant to file its reply in support of its dispositive motion (ECF No. 17) is extended to, and including, August 22, 2025.

SO ORDERED:


_____          _____
Date                                       United States District Judge