UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        *Defendant.* | Civil Action No. 24-3316 (CRC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Benjamin H. Zieman as counsel for Defendant in the above-captioned case, substituting for Assistant United States Attorney Jeremy S. Simon.

Dated: December 23, 2025

                                                  Respectfully submitted,

                                                  JEANINE FERRIS PIRRO
                                                  United States Attorney

                                                  By: */s/ Benjamin H. Zieman*
                                                       BENJAMIN H. ZIEMAN
                                                       Assistant United States Attorney
                                                       601 D Street, NW
                                                       Washington, DC 20530
                                                       Phone: (202) 252-2540

                                                  *Attorney for the United States of America*