UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 24-3316 (CRC) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Department of Justice ("DOJ") hereby moves for a thirty-day extension of time, until February 19, 2026, to file an Answer to the Second Amended Complaint. Pursuant to Local Civil Rule 7(m), on January 20, 2026, the undersigned contacted counsel for Plaintiff, who consented to the extension.

Good cause exists to grant this motion. This case arises out of FOIA requests that Plaintiff submitted to two DOJ components: the Office of Information and Policy and the Federal Bureau of Investigation ("FBI"). *See* ECF No. 11 at ¶¶ 27, 50. On January 6, 2026, the Court granted Defendant's motion for partial summary judgment, dismissed all claims relating to the FOIA request to OIP, and directed the parties to file a status update by January 20, 2026, relating to the FOIA request to the FBI. *See* ECF No. 25. Although undersigned counsel reviewed the Court's opinion and order when it was issued, counsel—who entered an appearance on December 23, 2025—did not recognize at that time that Defendant had not yet answered the Second Amended Complaint. As a result, counsel did not begin preparing an answer, which would otherwise be due today. *See* Fed. R. Civ. P. 12(a)(4); *Jackson v. Innovative Securities Servs.*, 283 F.R.D. 13, 15 (D.D.C. 2012) (applying tolling provision in Rule 12(a)(4) to a summary judgment motion filed

before an answer). Fortunately, the FBI has been making rolling productions in response to Plaintiff's FOIA request, as reflected in the joint status report filed simultaneously herewith. Accordingly, Plaintiff has not been prejudiced by the FBI's not yet having filed an answer.

Moreover, since joining the U.S. Attorney's Office on December 1, 2025, the undersigned has assumed a substantial docket with multiple competing deadlines, including summary judgment oppositions due on January 26, 2026 (20-0645) and January 29, 2026 (25-1974); a motion for summary judgment due on January 30, 2026 (23-0308); an opposition to a motion for leave to amend due on January 30, 2026 (23-0887); an opposition to a motion to intervene due on February 6, 2026 (24-1219); and answers and joint status reports due in multiple FOIA matters. This extension will afford the undersigned the opportunity to manage those competing obligations while also reviewing the allegations in the complaint, conferring with the FBI, determining an appropriate response, and completing the Department of Justice's required internal review.

For these reasons, the Court should grant this motion and extend Defendant's deadline for filing its Answer to the Second Amended Complaint to February 19, 2026. A proposed order is attached.

Dated: January 20, 2026          Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       202-252-2540

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 24-3316 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for an extension of time, and the entire record herein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that Defendant shall file its Answer to the Second Amended Complaint on or before February 19, 2026.

SO ORDERED:


_____                                              _____
Date                                                                                         CHRISTOPHER R. COOPER
                                                                                                       United States District Judge