**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the Third Amended Complaint shall be filed on the record and considered the operative complaint.

_____
Christopher R. Cooper
United States District Judge