UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

                Plaintiff,

    v.

DEPARTMENT OF JUSTICE,

                Defendant.

Civil Action No. 24-3316 (CRC)

## JOINT STATUS REPORT

Pursuant to the Minute Order dated February 4, 2026, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      Background: This case arises out of FOIA requests that Plaintiff submitted to two DOJ components: the Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI"). On November 8, 2024, Plaintiff submitted a FOIA request to the FBI seeking records from the Central Records System concerning former President Donald Trump that were generated or collected in connection with specified federal investigations and related criminal proceedings. *See* ECF No. 11 ¶ 50. The same day, Plaintiff submitted a FOIA request to OIP seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump. *See id*. ¶ 27. On January 6, 2026, the Court granted Defendant's motion for partial summary judgment and dismissed the counts pertaining to the FOIA request submitted to OIP for failure to exhaust. *See* ECF No. 17. On April 8, 2026, the Court granted Plaintiff's motion for leave to file a third amended complaint, which seeks to include

1

counts pertaining to a new FOIA request submitted to OIP.  *See* ECF No. 29; Min. Order dated Apr. 8, 2026.

2.      Status of Plaintiff's FOIA request to the FBI: The FBI has made ten interim productions to Plaintiff, with the first occurring on April 21, 2025, and anticipates that the next production will occur on or before April 21, 2026.  In accordance with the FBI's standard process, the FBI intends to continue providing monthly interim productions until processing is complete.  Pursuant to the Minute Order dated February 4, 2026, the FBI estimates that at least approximately 140 additional monthly productions will be required to complete processing.

3.      Status of Plaintiff's FOIA request to OIP: On February 4, 2026, Plaintiff submitted a new FOIA request to OIP again seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump.  As Defendant has not yet answered the third amended complaint filed on April 8, 2026, OIP will provide an update on the status of Plaintiff's FOIA request to OIP in the next joint status report.

4.      Proposed Next Steps: Considering the above, the parties propose filing another joint status report in approximately 90 days, on or before July 20, 2026, to update the Court on the status of the case and propose further proceedings.

[signature blocks on next page]

Dated: April 20, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

By:   /s/ Benjamin H. Zieman
     Benjamin H. Zieman
     Assistant United States Attorney
     601 D Street N.W.
     Washington, D.C. 20530
     202-252-2540
     benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*