UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEGAL EAGLE, LLC,

             Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

             Defendant.

Civil Action No. 24-3316 (CRC)

**JOINT STATUS REPORT**

Pursuant to the Minute Order dated April 22, 2026, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.     Background: This case arises out of FOIA requests that Plaintiff submitted to two DOJ components: the Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI"). On November 8, 2024, Plaintiff submitted a FOIA request to the FBI seeking records from the Central Records System concerning former President Donald Trump that were generated or collected in connection with specified federal investigations and related criminal proceedings. *See* ECF No. 11 ¶ 50. The same day, Plaintiff submitted a FOIA request to OIP seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump. *See id*. ¶ 27. On January 6, 2026, the Court granted Defendant's motion for partial summary judgment and dismissed the counts pertaining to the FOIA request submitted to OIP for failure to exhaust. *See* ECF No. 17. On April 8, 2026, the Court granted Plaintiff's motion for leave to file a third amended complaint, which includes counts regarding a new FOIA request submitted to OIP. *See* ECF No. 29; Min. Order dated Apr. 8, 2026.

1

2.    Status of Plaintiff's FOIA request to the FBI: The FBI has made thirteen interim productions to Plaintiff, with the first occurring on April 21, 2025.  The FBI anticipates that the next production will occur on or before August 21, 2026.  In accordance with the FBI's standard process, the FBI intends to continue providing monthly interim productions until processing is complete.  Pursuant to the Minute Order dated February 4, 2026, the FBI estimates that at least approximately ten years of additional monthly productions will be required to complete processing.  Plaintiff intends to ask this Court to require the FBI to seek an *Open America* stay to justify this lengthy delay.

3.    Status of Plaintiff's FOIA request to OIP: On February 4, 2026, Plaintiff submitted a new FOIA request to OIP again seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump.  OIP answered Plaintiff's third amended complaint on April 22, 2026.  *See* ECF No. 31.  OIP reports that it sent Plaintiff a narrowing proposal during the administrative phase of the case.  However, the parties did not reach an agreement.  OIP intends to negotiate further with Plaintiff, via counsel, on a narrowing proposal for Plaintiff's new FOIA request, and potentially schedule a meet and confer in August 2026 to discuss.  In the meantime, on July 20, 2026, OIP issued an interim response[1] to Plaintiff's request for "[u]nredacted copies of the final report" and is additionally searching for records responsive to

---

[1]    Plaintiff draws the Court's attention to the fact that this interim response consisted solely of Volume 1 of the report, which was already publicly available in its entirety without redactions on the DOJ website. Given that Plaintiff specifically directed OIP in its request to "exclude from consideration any records which have already been made public (but mere release of a record through a FOIA request does not qualify as being 'made public' for the purposes of this sentence, unless the release was published in an electronic reading room)," Plaintiff is concerned that OIP is delaying its release of responsive records by wasting time reviewing records Plaintiff stated were non-responsive.  Plaintiff disputes OIP's claim in the next footnote that its position regarding publicly available records was unclear and refers the Court to the request language to resolve any competing claims on that point.

Plaintiff's request for "[a]ll records explicitly cited in the final report."[2]  The parties will update the Court on both the status of their discussions and the processing of Plaintiff's request in the next joint status report.

4.      Proposed Next Steps: Considering the above, the parties propose filing another joint status report in approximately 90 days, on or before October 19, 2026, to update the Court on the status of the case and propose further proceedings.

Dated: July 20, 2026                                   Respectfully submitted,
       Washington, D.C.

                                                       JEANINE FERRIS PIRRO
                                                       United States Attorney

/s/ Kelly B. McClanahan                    By:    /s/ Benjamin H. Zieman
Kelly B. McClanahan, Esq.                         Benjamin H. Zieman
DC Bar # 984704                                   Assistant United States Attorney
National Security Counselors                      601 D Street N.W.
1451 Rockville Pike                               Washington, D.C. 20530
Suite 250                                         202-252-2540
Rockville, MD 20852                               benjamin.zieman@usdoj.gov
501-301-4672
240-681-2189 (fax)                         *Attorneys for the United States of America*
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

---

[2]      Prior to discussions concerning this joint status report, OIP lacked clarity regarding Plaintiff's position on scoping out publicly available material.  Plaintiff has now made clear that it will exclude from processing both otherwise responsive material posted in OIP's FOIA Library, as well as information made publicly available by the Government and posted online.  OIP will apply this understanding moving forward and continue to confer in good faith with Plaintiff regarding processing this request.