UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-3316 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Minute Order dated July 27, 2026, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. Background: This case arises out of FOIA requests that Plaintiff submitted to two DOJ components: the Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI"). On November 8, 2024, Plaintiff submitted a FOIA request to the FBI seeking records from the Central Records System concerning former President Donald Trump that were generated or collected in connection with specified federal investigations and related criminal proceedings. *See* ECF No. 11 ¶ 50. The same day, Plaintiff submitted a FOIA request to OIP seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump. *See id.* ¶ 27. On January 6, 2026, the Court granted Defendant's motion for partial summary judgment and dismissed the counts pertaining to the FOIA request submitted to OIP for failure to exhaust. *See* ECF No. 17. On April 8, 2026, the Court granted Plaintiff's motion for leave to file a third amended complaint, which includes counts regarding a new FOIA request submitted to OIP. *See* ECF No. 29; Min. Order dated Apr. 8, 2026.

2. Status of Plaintiff's FOIA request to the FBI: Because counsel for Defendants was unable to obtain a status update for Plaintiff's request to the FBI before the close of business today, the parties propose filing another joint status report in two days so the FBI can update the Court on the status of Plaintiff's request.

3. Status of Plaintiff's FOIA request to OIP: On February 4, 2026, Plaintiff submitted a new FOIA request to OIP again seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump. Although OIP sent Plaintiff a narrowing proposal during the administrative phase of the case, the parties did not reach an agreement. Since the previous joint status report, OIP has continued to search for records responsive to Plaintiff's request for "[a]ll records explicitly cited in the final report." OIP anticipates beginning to process under the FOIA material cited in the footnotes of Volume I of the Special Counsel's Report in November 2026. Further, on October 16, 2026, via counsel, OIP transmitted to Plaintiff a revised narrowing proposal. After considering that proposal, Plaintiff reports that it will be able to agree to several (but not all) aspects and will provide counsel for OIP with a more fulsome response later this week.

4. Proposed Next Steps: Considering the above, the parties propose filing another joint status report in two days, on or before October 21, 2026, to update the Court on the status of Plaintiff's request to the FBI and propose further proceedings.

Dated: October 19, 2026
Washington, D.C.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Benjamin H. Zieman
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*