UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-3316 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Minute Orders dated July and October 20, 2026, as well as the Joint Status Report filed on October 19, 2026, *see* ECF No. 33, Defendant Department of Justice ("DOJ") and Plaintiff Legal Eagle, LLC, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. Background: This case arises out of FOIA requests that Plaintiff submitted to two DOJ components: the Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI"). On November 8, 2024, Plaintiff submitted a FOIA request to the FBI seeking records from the Central Records System concerning former President Donald Trump that were generated or collected in connection with specified federal investigations and related criminal proceedings. *See* ECF No. 11 ¶ 50. The same day, Plaintiff submitted a FOIA request to OIP seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump. *See id.* ¶ 27. On January 6, 2026, the Court granted Defendant's motion for partial summary judgment and dismissed the counts pertaining to the FOIA request submitted to OIP for failure to exhaust. *See* ECF No. 17. On April 8, 2026, the Court

granted Plaintiff's motion for leave to file a third amended complaint, which includes counts regarding a new FOIA request submitted to OIP. *See* ECF No. 29; Min. Order dated Apr. 8, 2026.

2. Status of Plaintiff's FOIA request to the FBI: The FBI has made fifteen interim productions to Plaintiff consisting of 6,553 pages reviewed, with the first release occurring on April 21, 2025. The most recent production, consisting of 3,745 pages, occurred on October 8, 2026. The productions thus far have consisted of preprocessed material from another case that predates this litigation and involves a much narrower request concerning broadly the same subject matter. The processing in that earlier case is now complete. Since there remains a large volume of records left to process (as previously reported over ten years of processing remains), the FBI has proposed several narrowing options to Plaintiff. Plaintiff has rejected all narrowing proposals except for agreeing to exclude public source material, which is not expected to significantly reduce the remaining processing time. As there remains an extremely large volume of records to process, the FBI is considering its options for how to proceed, including raising an unduly burdensome argument. The FBI currently estimates several hundreds of thousands of pages remain, at minimum. The FBI asks for 60 days to finalize its position and report to the Court a revised processing schedule or a request for a briefing schedule. In the interim, the FBI will continue to engage in narrowing conversations with Plaintiff.

Plaintiff has provided the FBI with instructions to prioritize two narrow categories of records and has asked the FBI to commit to processing those records without delay, which the FBI has failed to do. Plaintiff accordingly asks this Court to issue an order requiring the FBI to process the two prioritized categories of records, in the order specified by Plaintiff, immediately, and to make interim monthly releases during the 60-day period requested by the FBI above. Plaintiff otherwise does not object to the FBI's request.

The FBI responds that the Court has scheduled a status conference for next week, at which the parties will have an opportunity to address these issues. The FBI therefore respectfully requests that the Court defer consideration of Plaintiff's requested relief until the upcoming status conference, rather than resolve those requests on the basis of the parties' statements in this joint status report.

3. <u>Status of Plaintiff's FOIA request to OIP:</u> On February 4, 2026, Plaintiff submitted a new FOIA request to OIP again seeking records and emails maintained by the Special Counsel's Office relating to its investigation of former President Donald Trump. Although OIP sent Plaintiff a narrowing proposal during the administrative phase of the case, the parties did not reach an agreement. On October 19, 2026, OIP reported that "it has continued to search for records responsive to Plaintiff's request for '[a]ll records explicitly cited in the final report' [and that] OIP anticipates beginning to process under the FOIA material cited in the footnotes of Volume I of the Special Counsel's Report in November 2026." OIP further reported that "on October 16, 2026, via counsel, OIP transmitted to Plaintiff a revised narrowing proposal." After considering that proposal, Plaintiff reported that it will be able to agree to several (but not all) aspects and will provide counsel for OIP with a more fulsome response later this week.

4. Subsequently, since the October 19, 2026, joint status report, Plaintiff has requested that OIP pause its search for and subsequent processing of material cited in the footnotes of Volume I of the Special Counsel's Report. Plaintiff has instead requested that OIP initiate its search for deposition transcripts from Volume I of the Special Counsel's Report that are not otherwise subject to scoping agreements between the Parties. OIP has agreed to initiate a search for these deposition transcripts not otherwise subject to scoping agreements between the Parties from Volume I of the Special Counsel's Report and to pause its proposed processing of the material

cited in the footnotes of Volume I, except to the extent that OIP has already located material cited in the footnotes of Volume I. The Parties will continue to discuss their positions on Volume II of the Special Counsel's Report and Plaintiff's anticipated further fulsome response to OIP's narrowing proposal.

5. Proposed Next Steps: Considering the above, the parties propose filing another joint status report in approximately 60 days, on or before December 21, 2026, to update the Court on the status of the case and propose further proceedings.

Dated: October 21, 2026
Washington, D.C.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
DC Bar # 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 (fax)
Kel@NationalSecurityLaw.org

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Benjamin H. Zieman
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*