**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION TO MODIFY SCHEDULE**

NOW COMES Plaintiff Legal Eagle, LLC ("Legal Eagle") to respectfully request that the in-person status conference currently scheduled for 27 October 2026 either be converted to a videoconference or be continued until 2 November. Defendant consents to this Motion

Plaintiff has good cause to request this relief. The undersigned must file a motion to compel in an administrative discovery matter on 30 October, and before he can do so he must review recently provided classified records in a secure facility. The agency has advised him that the only day he can do so before the deadline is 27 October. He therefore requests that the Court allow him to participate in this status conference remotely, since it would be logistically very difficult to accomplish both tasks on the same day if he were required to physically attend the status conference. If the Court denies this request, he requests that the status conference be continued until the following Monday, 2 November.

Defendant consents to this Motion. Defendant's counsel advised the undersigned that he preferred for the status conference to be continued, and he proposed the week of 2 November, of which only Monday is available for the undersigned. A proposed Order accompanies this Motion.

Date: October 22, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*