**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:24-cv-03316 (CRC) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion to Modify Schedule, and the entire record herein, it is this _______ day of ____________, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_______________________________________
Christopher R. Cooper
United States District Judge